**Dennis J. ROBERTS II, Attorney General**

v.

**PROVIDENCE WATER SUPPLY BOARD.**

**No. 81–331–M.P.**

Supreme Court of Rhode Island.

July 15, 1981.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for petitioner.

 

William J. McGair, Providence, for respondent.

### ORDER

The petitioner's motion for stay is denied.